101 F.3d 689
 Kenneth Clement, Florentino Perez, Boris Harris, Gregory
Hill, a/k/a John Hall, Walter Scott, Mary Fleming, Orlando
East, Robert Willis, Samuel C. Stretton, Esq., Teresa Carr
Deni, Esq., George Newman, Esq., Irene Cotton, Esq.
v.
Court of Common Pleas of Philadelphia County, Honorable
Edward J. Bradley, Honorable Edward Blake, Honorable W.
Wilson Goode, City of Philadelphia, City Council of
Philadelphia, Honorable Robert Casey, Governor, General Assembly
 NO. 96-1211
 United States Court of Appeals,
Third Circuit.
 Oct 23, 1996
 
 Appeal From: E.D.Pa., No. 89-05139,
 VanAntwerpen, J.
 
 
 1
 AFFIRMED.